Eric B. Hull (SBN 291167)
Dustin A. Huffine (SBN 300388)
BOWSE DAVIS HUFFINE CHUNG & HULL LLP
1149 N Gower Street, Suite 216
Los Angeles, CA 90038
Phone: (213) 344-4700
ehull@bdhch.com
dhuffine@bdhch.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEWIS, individually and on behalf of all others similarly situation,<br><br>Plaintiff,<br><br>v.<br><br>MOM N POP'S REALTY LLC D/B/A ARIZONA PROPERTY MANAGEMENT AND INVESTMENTS,<br><br>Defendant. | Case No.  2:26-cv-01810-AC<br><br>**JOINT STIPULATION EXTENDING TIME TO ANSWER COMPLAINT PURSUANT TO LOCAL RULE 144(a)** |

Pursuant to Local Rule 144, Plaintiff Edward Lewis and Defendant Mom N Pop's Realty LLC d/b/a Arizona Property Management and Investments (through their respective counsel), stipulate and agree that the time for the Defendant to answer, move against, or otherwise respond to the Complaint is hereby extended from June 11, 2026 to July 9, 2026.

This extension does not exceed the twenty-eight (28) days allowed under Eastern District Local Rule 144(a). This is the first stipulation for an extension of time between the parties. This change will not alter the date of any event or deadline already fixed by Court order.

///

///

///

1

IT IS SO STIPULATED AND AGREED.

Respectfully submitted,

Dated: June 9, 2026            BOWSE DAVIS HUFFINE CHUNG & HULL LLP

By _____
    Eric B. Hull
    Attorney for Defendant,
    Mom N Pop's Realty LLC d/b/a Arizona
    Property Management and Investments

Dated: June 9, 2026            The Law Offices of Jibrael S. Hindi

By _____
    Gerald D. Lane Jr.
    Attorney for Plaintiff,
    Edward Lewis

IT IS SO ORDERED.

Dated: June 10, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION EXTENDING TIME TO ANSWER