**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**EDWARD LEWIS,** *individually and on behalf of all others similarly situated,*

Plaintiff,

vs.

**TENTH HALL, INC. d/b/a GUIDE REAL ESTATE,**

Defendant.

Case No. 2:26-cv-01810-AC

Hon. Allison Claire, U.S. Magistrate Judge

**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE MOTION HEARING/SUBMISSION DATE AND EXTEND BRIEFING DEADLINES**

The Court has reviewed the Parties' Joint Stipulation to Continue Motion Hearing/Submission Date and Extend Briefing Deadlines. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's deadline to file and serve an opposition to Defendant Tenth Hall, Inc.'s Motion to Dismiss, or alternatively for a more definite statement (ECF No. 13), is extended from September 15, 2026, to September 22, 2026.
2. Defendant's deadline to file and serve any reply in support of the Motion is October 2, 2026.
3. The Motion hearing/submission date is continued from October 7, 2026, at 10:00 a.m. to October 14, 2026, at 10:00 a.m. in Courtroom 26 before the Honorable Allison Claire.

4. The Court's September 1, 2026, Minute Order submitting the Motion without appearance and without oral argument (ECF No. 17) otherwise remains in effect unless the Court orders otherwise.

**IT IS SO ORDERED.**

DATED: September 16, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE